FILED

08/12/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0284

IN THE SUPREME COURT OF THE STATE OF MONTANA

NO. <u>DA 21-0284</u>

| | |
|---|---|
| BRIDGET J. KELLY,<br><br>        Appellee\Petitioner,<br>vs.<br><br>JOSEPH S. CAMP III,<br><br>        Appellant/Respondent. | **GRANT OF MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF** |

THE COURT having considered the Appellant's *First Motion for Extension of Time to File Opening Brief*,

IT IS HEREBY ORDERED that the Appellant's *First Motion for Extension of Time to File Opening Brief* is GRANTED. The Appellant's *Opening Brief* shall be filed on or before October 6, 2021.

SO ORDERED this ___ day of August 2021.

_____
*Montana Supreme Court Justice*

C:    P. Mars Scott/Kevin S. Brown

**GRANT OF MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 12 2021